# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 517 WAL 2014
:
           Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
JASON SEAN EVANS, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2015, the Petition for Allowance of Appeal is

**DENIED**.